IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MIKE PETINSKY, individually,** | : |
| | : |
| **Plaintiff,** | : |
| v. | : Case No.  13-cv-21509-JLK |
| | : |
| **BAIG HOLDINGS CORP., a Florida corporation,** | : |
| | : |
| **Defendant.** | : |
| _____/ | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, MIKE PETINSKY, by and through undersigned counsel, hereby gives notice to the Court that the Parties have settled the above-styled case (the "Action"). The Parties will finalize their settlement papers and settlement prerequisites and submit the appropriate notices and/or motions to the Court seeking dismissal of the Action.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to all counsel of record through the Court's CM/ECF system on this June 11, 2013.

Attorney for Plaintiff:

By: /s/ Jeannette E. Albo
Jeannette E. Albo, Esq.
Fla. Bar No. 0017736
*Of Counsel* to **Thomas B. Bacon, P.A.**
9444 S.W. 69th Ct.
Miami, FL 33156
ph. (305) 502-4593
jalbo@bellsouth.net

Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
4868 S.W. 103rd Ave.
Cooper City, FL 33328
ph. (954) 925-6488
fax (954) 237-1990
tbb@thomasbaconlaw.com