UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-21509-CIV-KING/MCALILEY

MIKE PETINSKY, an individual,

    Plaintiff,

v.

BAIG HOLDINGS CORP., a Florida corporation,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court on the Plaintiff's Notice of Settlement (D.E. #10) filed June 11, 2013, advising the Court that the above-styled case had settled. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED. The Court retains jurisdiction to enforce the terms of the settlement.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 12th day of June, 2013.

                                 _____
                                 JAMES LAWRENCE KING
                                 UNITED STATES DISTRICT JUDGE

cc:    **Counsel for Plaintiff:**
        Jeannette E. Albo, Esq.
        Of Counsel to Thomas B. Bacon, P.A.
        9444 S.W. 69yh Court
        Miami, FL 33156

        Thomas B. Bacon, Esq.
        Thomas B. Bacon, P.A.
        4868 S.W. 103rd Avenue
        Cooper City, FL 33328

        **Counsel for Defendant:**
        Netali Peles, Esq.
        Executive Law Group
        495 Brickell Avenue #2110
        Suite 1010
        Miami, FL 33131